## United States Bankruptcy Court
### Northern District of Georgia

In re  **Theresa Sue Ready**  
           Debtor(s)

Case No.  
Chapter  **7**

# STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, **Theresa Sue Ready**, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

■  I am unemployed; or

☐  I am self-employed; or

☐  My employer did not provide pay stubs.

☐  Other
_____
_____
_____

Date  **April 15, 2021**

Signature  **/s/ Theresa Sue Ready**  
**Theresa Sue Ready**  
Debtor