## UNITED STATES BANKRUPTCY COURT
## NORTHERN DITRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 21-53052-SMS |
| | * | |
| THERESA SUE READY, | * | CHAPTER 7 |
| | * | |
| DEBTOR. | * | |

### MOTION TO CONVERT CHAPTER 7 CASE TO CHAPTER 13 CASE

COMES NOW **THERESA SUE READY**, Debtor in the above-styled Chapter 7 case, by and through undersigned counsel, and moves this Honorable Court, pursuant to 11 U.S.C. § 706(a), to convert the above-styled Chapter 7 case to a proceeding under 11 U.S.C. Chapter 13 of the Bankruptcy Code. The Debtor is entitled to convert her case because:

1.  This case, filed on April 15, 2021, has not been previously converted under 11 U.S.C. §§ 1112 or 1307 of the Bankruptcy Code.

2.  Debtor is eligible to be a debtor under Chapter 13 of the Bankruptcy code.

WHEREFORE, Debtor prays that this

(a)  Motion to Convert Case to Chapter 13 be filed, read, and considered;

(b)  Honorable Court grant this Motion to Convert Case to Chapter 13; and

    (c)        Honorable Court grant such other and further relief as it may deem just and proper.

Respectfully submitted,

/s/_____
Ronna M. Woodruff
Attorney for Debtor
GA Bar No. 108910

WOODRUFF LAW LLC
123 Powers Ferry Road, S.E.
Marietta, GA  30067
(770) 565-7924
(770) 565-7930 (Fax)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DITRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 21-53052-SMS |
| | * | |
| THERESA SUE READY, | * | CHAPTER 7 |
| | * | |
| DEBTOR. | * | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that under penalty of perjury that on this day I have served the following parties with a copy of the attached "Debtor's Motion to Convert Chapter 7 Case to Chapter 13 Case" by placing true and correct copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

S. Gregory Hays                                                Theresa S. Ready
Chapter 7 Trustee                                              2209 Winding Creek Lane, S.W.
2964 Peachtree Road, Ste. 555                    Marietta, GA  30064
Atlanta, GA 30305
*VIA ECF*

Dated this 7th day of June, 2021

WOODRUFF LAW LLC                                /s/
123 Powers Ferry Road, S.E.                       Ronna M. Woodruff
Marietta, GA  30067                                       Attorney for Debtor
770-565-7924                                                    GA Bar No. 108910
770-565-7930 (Fax)

*Plus all creditors on the attached matrices*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 21-53052-sms<br>Northern District of Georgia<br>Atlanta<br>Mon Jun  7 15:57:25 EDT 2021 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Barclays Bank Delaware<br>Post Office Box 8803<br>Wilmington, DE 19899-8803 |
| Brand Source/Citi/CBNA<br>5800 South Corporate Pl.<br>Sioux Falls, SD 57108-5027 | Capital One/Walmart<br>Post Office Box 31293<br>Salt Lake City, UT 84131-0293 | Comenity Bank/Victoria Secret<br>Post Office Box 182789<br>Columbus, OH 43218-2789 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 |
| Internal Revenue Service<br>Post Office Box 7346<br>Centralized Insolvency Unit<br>Philadelphia, PA 19101-7346 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Lending Club Corp.<br>595 Market Street, Ste. 200<br>San Francisco, CA 94105-2807 |
| Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Theresa Sue Ready<br>2209 Winding Creek Lane, S.W.<br>Marietta, GA 30064-2832 | SYNCB/BP<br>Post Office Box 965024<br>Orlando, FL 32896-5024 | SYNCB/Chevron<br>Post Office Box 965015<br>Orlando, FL 32896-5015 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | The Home Depot/CBNA<br>5800 South Corporate Place<br>Sioux Falls, SD 57108-5027 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Wells Fago Card Services<br>Post Office Box 14517<br>Des Moines, IA 50306-3517 | Ronna M. Woodruff<br>Woodruff Law LLC<br>123 Powers Ferry Road, SE<br>Marietta, GA 30067-7557 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>Post Office Box 982238<br>El Paso, TX 79998 | DSNB/Macy's<br>Post Office Box 8218<br>Mason, OH 45040 | Georgia Department of Revenue<br>Compliance Div.ARCS Bankruptcy<br>1800 Century Blvd., #9100<br>Atlanta, GA 30345 |

```
JPMCB Card Services              PNC Bank                         US Bank
Post Office Box 15369            Post Office Box 3180             Post Office Box 108
Wilmington, DE 19850             Pittsburgh, PA 15230             Saint Louis, MO 63166


End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23
```